IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS AKINRO                *
      Plaintiff,
  v.                          *      CIVIL ACTION NO. JFM-10-1151

BALTIMORE U.S. POST OFFICE    *
  POLICEMEN, et al.
      Defendants.      *
                          ***

MEMORANDUM

Plaintiff, a resident of Baltimore, Maryland who holds himself out as "U.S. Solicitor General," "Assistant Attorney General," and "Professor," filed this action on May 6, 2010, against "Policemen" at the central U.S. Post Office in Baltimore, Maryland. Paper No. 1. He initially raises a fantastic claim that "defendants seized a rental car and prepared a gallows for my killing at their post office." *Id*. He expounds on this delusional claim by contending that a car he rented at an airport on March 2, 2010, was surrounded by 50 to 100 police officers and subject to defendants' "bombardments." In his relief request, plaintiff seeks to have imprisonment and the death penalty imposed on defendants. The complaint is accompanied by an arrest warrant against various individuals, including federal and state court judges, citizens of Nigeria, and one "Barbara Bush" of Texas, as well as a proposed order to punish defendants with life imprisonment and/or death.

Although plaintiff's indigency application contains information the court finds questionable, he shall be granted leave to proceed *in forma pauperis*.[1] This court may preliminarily review the complaint allegations before service of process and dismiss them *sua sponte* if satisfied that the complaint has no factual or legal basis. *See Neitzke v. Williams*, 490 U.S. 319, 324 (1989); *see also*

---

[1] Plaintiff claims that he receives $3,063.00 in monthly retirement income; is employed by the U.S. Department of Justice; and has $200,000.00 accumulated at three separate banks. Paper No. 2.

*Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Cochran v. Morris,* 73 F.3d 1310, 1314 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951 (4th Cir. 1995). As explained by the Supreme Court in *Neitzke*: "Examples of [factually baseless lawsuits] are claims describing fantastic or delusional scenarios, with which federal district judges are all too familiar." *Neitzke v. Williams*, 490 U.S. at 328.

Plaintiff's complaint and attachments speak for themselves. They are replete with fanciful and delusional commentary. The action shall be dismissed for the failure to state a claim and without service of process on defendants. A separate Order shall follow.


Date: ___May 14, 2010_____      ___/s/_____
                                        J. Frederick Motz
                                        United States District Judge